# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. **NEATLY** print in ink (or type) your answers.]

Transgender Icon: EyeKayla My. Carruthers Washington (AKA) Mrs. Washington, Antwan M. Carruthers Washington

[You are the **PLAINTIFF**, print your full name on this line.]

v. St Joseph County Jail, Wrongful Wellpath health Service mental 32 days 3 32 nights

**Case Number** 3:22-cv-623

[For a new case in this court, leave blank. The court will assign a case number.]

-FILED- AUG -1 2022 GARY T. BELL, Clerk U.S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA

[The **DEFENDANT** is who you are suing. Put **ONE** name on this line. List **ALL** defendants below, including this one.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | St. Joseph County Jail | 401 W. Sample St. South Bend In. 46601 |
| 2 | Wellpath Health Service (To Hope To Healing) | 401 W. Sample St. South Bend Ind. 46601 / 401 W. Sample |
| 3 | Nurse Cassie | 401 W. Sample St. South Bend Ind. 46601 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant **in a separate box** as shown here.]

1. How many defendants are you suing? __3__
2. What is the name and address of your prison or jail? St. Joseph County Jail address: 401 W. Sample St. South Bend Ind. 46601
3. Did the event you are suing about happen there? ●Yes  ○No, it happened at: 32 days 3 32 nights Wrongful mental health medication
4. On what date did this event occur? June 10 - July 12, 2022

[**DO NOT** write in the margins or on the back of any pages. Attach additional pages if necessary.]

*Affidavit of Certificate of Service of damage Waiver Relief of 5 million (United States of America) Currency.*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
   DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. Petetition is Untimely:

Certificate for damage Relief 5 million United States of America currency. Defendant Wellpath health Service has violated Successfully My Rights. Petetition under Untimely for Updates of Mental health Medications Wrongful administered Medication By a Responsible Social Service of Wellpath health Service (To Hope AND Healing) (Hope To Healing) The statue of limitations established Neglect with Successful validatory violations of policy's. What plays a great part and pops a explict open for Relief is the 1996 Antiterroism & Effective Death Penalty act of 1996

Memorandum:
Allow Me to Brief copies of Neglect, Discrimination, defametion, Slender, Wrongful mental health Medications (M+M), Untimely Neglects, Medical Neglect, Hate Crimes, and upto twenty more Events

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

**Claims and Facts (continued)**

here inside St. Joseph County Jail when it comes to Respect with the L.G.B.T. Community St. Joseph County Jail and Wellpath Health Service Successfully disrespects this community with the obvious proof and factual evidence of the policy violations of the St. Joseph County Jail Hand Book. Further points fingers for witness to be visions with statements of disputed facts that Surveillance cameras have proof & factual evidence the declaration in Support of Wellpath Health Service (WHS) opposition to wrongful mental health medications the genuine dispute for Neglect Wrongful M.H.M., punitive damages, extradinery damages, physical damages. Judicial Certificate of Services verifies with certification of a Contract for the Courts to Order a Monetary damage Relief of 5 million United States of American Currency. Materal evidence Records and documentations shows (3 Parties) Records. This Burden is Successful But the parties of —WHS— have Neglected plaintiff Numerious and Prior Events I plaintiff Transgender Icon Mrs. Eyekeefa My.Carruthers Washington (AKA) Antwon M. Carruthers Washington Bears this Burden under a Negligence statue, for Untimely & Wrongful M.H.M. Under penalties & perjury of Foregoing Representation is factual evidence and correct with trues.

5. When did this event happen?
   ○ Before I was confined.
   ● While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _Consecutive Cause #32_

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _No Response threating Suicide Watch_

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   _Relief of damage waiver $5 million of punitive damages also for Wellpath health service administration to have all employees trained to update mental health medications correctly_

[Initial Each Statement]

___ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
___ I will keep a copy of this complaint for my records.
___ I will promptly notify the court of any change of address.
___ I WILL NOT send more than one copy of any filing to the court.
___ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
___ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _7_/_26_/20_22_ at _____ am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Transgender Icon: Mrs. Eye Keyla  Mr. Carruthers Washington_
_AKA Antwon M. Carruthers Washington_    _122409_

**Signature**                                    **Prisoner Number**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]